FILED
2020 Nov-19 PM 06:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LAURIE KNEUSS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ADVANCED CLINICAL EMPLOYMENT STAFFING, LLC**,<br><br>Defendant. | Civil Action No. 2:20-cv-00773-MHH |

## **DEFENDANT'S RENEWED PARTIAL MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Advanced Clinical Employment Staffing, LLC ("ACES"), moves to partially dismiss Plaintiffs' First Amended and Substituted Complaint—Collective Action for its failure to state a claim upon which relief can be granted. Specifically, ACES moves to dismiss the individual and collective claims based on the $500 travel option payment (recast as a "re-signing bonus" in the First Amended Complaint). In support of this motion, ACES adopts and incorporates the arguments concerning this $500.00 travel option payment from the previously filed Motion to Dismiss [Doc. 6]; the Memorandum of Law in Support thereof [Doc. 7]; and the supporting Affidavit of Regina Allcorn [Doc. 7-1]; and further relies on the Brief in Support of Defendant's Renewed Partial Motion to Dismiss, filed contemporaneously herewith.

Dated: November 19, 2020

                                        Respectfully submitted,

                                        *s/Bryan Hale*
                                        Bryan G. Hale (asb-6964-a55h)
                                        Andrew D. Perreault (asb-4760-r80p)
                                        GOFORTH HALE LLC
                                        2226 1ST Ave. South
                                        Unit 105
                                        Birmingham, Alabama 35233
                                        (205) 403-5896 (Phone)
                                        (205) 383-2807 (Facsimile)
                                        Bhale@ghattorney.com

                                        *Attorney for Defendant ACES, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 19, 2020, I electronically filed a true and correct copy of the foregoing, with the Clerk of Court using the CM/ECF System which will automatically send e-mail notification of such filing to the following counsel of record:

JON C. GOLDFARB
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203

JOSH SANFORD
COURTNEY LOWERY
SANFORD LAW FIRM, PLLC
650 S. Shackleford Suite 411
Little Rock, AK 72211

                                        *s/Bryan Hale*
                                        Bryan G. Hale